**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Overlord Real Estate Holdings. LLC** |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-11282** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

   **2.1**

   | | |
   |---|---|
   | **Creditor's name** | Describe debtor's property that is subject to a lien |
   | BSI Financial Services | **1070 Rick Road, Reading, PA 19605** |
   | **Creditor's mailing address** | **Describe the lien** |
   | 314 S. Franklin Street 2nd FL | Mortgage / Agreement |
   | Titusville    PA    16354 | **Is the creditor an insider or related party?** ☑ No  ☐ Yes |
   | **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
   | **Date debt was incurred** | |
   | **Last 4 digits of account number**  2 0 0 0 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent  ☐ Unliquidated  ☐ Disputed |
   | **Do multiple creditors have an interest in the same property?** ☐ No  ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | |

   Column A: **$500,000.00**    Column B: **$1,700,000.00**

   1) Gary Mengel; 2) BSI Financial Services.

   **In default since 1/1/2023. Total arrears as of May 1, 2023= $32,916.74. $5,599.71 due 6/1/23**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,073,619.27**

Debtor **Overlord Real Estate Holdings. LLC**   Case number (if known) **23-11282**

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.2

**Creditor's name**
Gary Mengel

**Creditor's mailing address**
1064 Rick Road

Reading   PA   19605

**Creditor's email address, if known**

**Date debt was incurred**   3/2022

**Last 4 digits of account number**   N o n e

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
1070 Rick Road, Reading, PA  19605

**Describe the lien**
Mortgage / Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,100,000.00**   Column B: **$1,700,000.00**

**Under foreclosure**

### 2.3

**Creditor's name**
Lima One Capital LLC

**Creditor's mailing address**
201 McBee Avenue #300

Greenville   SC   29601

**Creditor's email address, if known**

**Date debt was incurred**   5/11/2022

**Last 4 digits of account number**   2  1  5  9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
845 N 8th Street, Reading, PA 19604

**Describe the lien**
Mortgage / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$220,000.00**   Column B: **$0.00**

**Mortgage dated 5/11/2022**

**Deed also covers 841 N 8th Street parcel #12530760947921 with an assesed value of $7,400**

Debtor **Overlord Real Estate Holdings. LLC**  Case number (if known) **23-11282**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.4**
Creditor's name: **PMBDA**
Creditor's mailing address: **Office of Business Financing, 400 North Street, 4th FL, Harrisburg PA 17120-0225**
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number: **6 2 7 0**
Do multiple creditors have an interest in the same property? ☒ No ☐ Yes

Describe debtor's property that is subject to a lien: **432 Schuylkill Avenue, Reading, PA 19602**
Describe the lien: **Mortgage / Agreement**
Is the creditor an insider or related party? ☒ No ☐ Yes
Is anyone else liable on this claim? ☒ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed

Amount: **$80,000.00**  Collateral: **$0.00**

**2.5**
Creditor's name: **Riverfront Federal Credit Union**
Creditor's mailing address: **2609 Keiser Blvd, Reading PA 19610**
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number: **0 1 0 1**
Do multiple creditors have an interest in the same property? ☒ No ☐ Yes

Describe debtor's property that is subject to a lien: **905 N. 9th Street**
Describe the lien: **Mortgage / Agreement**
Is the creditor an insider or related party? ☒ No ☐ Yes
Is anyone else liable on this claim? ☒ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed

Amount: **$116,000.00**  Collateral: **$0.00**

Debtor **Overlord Real Estate Holdings. LLC**         Case number (if known) **23-11282**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6**

**Creditor's name**
**Riverfront Federal Credit Union**

**Creditor's mailing address**
**2609 Keiser Blvd**

**Reading          PA     19610**

**Creditor's email address, if known**

**Date debt was incurred**     **12/16/2021**

**Last 4 digits of account number**     **x  5  1  6**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**432 Schuylkill Avenue, Reading, PA 19601**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$57,619.27**     Column B: **$0.00**

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 4