**Fill in this information to identify the case:**

Debtor: **Overlord Real Estate Holdings. LLC**

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **23-11282**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor **Overlord Real Estate Holdings. LLC**   Case number (if known) **23-11282**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**American Express Blue**
**200 Vesey Street**

**Manhattan          NY     10285**

Date or dates debt was incurred

Last 4 digits of account number  **3  1  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

### 3.2 Nonpriority creditor's name and mailing address

**American Express Gold**
**200 Vesey Street**

**Manhattan          NY     10285**

Date or dates debt was incurred

Last 4 digits of account number  **1  0  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$3,700.00

### 3.3 Nonpriority creditor's name and mailing address

**Cure Payment Recovery Solution**
**1490 William Floyd Pkwy Suite 811**

**East Yaphank         NY     11967**

Date or dates debt was incurred

Last 4 digits of account number  **n  o  w  n**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for - Kings Funding Group**

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

### 3.4 Nonpriority creditor's name and mailing address

**Fundbox**
**6900 Dallas Parkway Suite 700**

**Plano              TX     75024**

Date or dates debt was incurred

Last 4 digits of account number  **8  7  6  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

$39,000.00

Debtor **Overlord Real Estate Holdings. LLC**  Case number (if known) **23-11282**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.5** **Nonpriority creditor's name and mailing address**  
**Kabbage**  
**730 Peachtree St NE  Suite 1100**  

**Atlanta                    GA    30308**  
Date or dates debt was incurred  
Last 4 digits of account number   4  4  5  0

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
**Non-Purchase Money**  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

$14,000.00

**3.6** **Nonpriority creditor's name and mailing address**  
**Kings Funding Group**  
**1270 Avenue of the Americas Suite 811**  

**New York                   NY    10020**  
Date or dates debt was incurred  
Last 4 digits of account number   n  o  w  n

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
**Non-Purchase Money**  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

$15,000.00

**3.7** **Nonpriority creditor's name and mailing address**  
**On Deck**  
**4700 W. Daybreak Pkwy Suite 200**  

**South Jordan               UT    84009**  
Date or dates debt was incurred  
Last 4 digits of account number   3  9  3  7

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
**Non-Purchase Money**  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

$40,000.00

Debtor   **Overlord Real Estate Holdings. LLC**   Case number (if known) __23-11282__

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $128,700.00 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$128,700.00** |