| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **Overlord Real Estate Holdings. LLC** | |
| United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known): **23-11282** | ☐ Check if this is an amended filing |

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................... $1,700,000.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................. $84,870.00

    1c. **Total of all property**
    Copy line 92 from Schedule A/B................................................................... $1,784,870.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... $2,073,619.27

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................. $0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F....... + $128,700.00

4. **Total liabilities**
Lines 2 + 3a + 3b................................................................................................. $2,202,319.27