## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Overlord Real Estate Holdings, LLC              CHAPTER 7
       aka Samuel Delacruz

               Debtor(s)              BKY. NO. 23-11282 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
16 Nov 2023, 09:15:20, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322