**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE:<br><br>Overlord Real Estate Holdings, LLC<br>aka Samuel Delacruz,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO.: 23-11282-pmm<br><br>HEARING DATE: 11/28/2023<br><br>TIME: 10 AM |

**ORDER FOR RELIEF**

AND NOW, this 27th day of November, 2023, upon the motion of Gary L. Mengel, Jr. ("Movant") for relief from the Automatic Stay, it is

ORDERED AND DECREED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 1070 Rick Road, Reading, PA 19605 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

*Patricia M. Mayer*
_____
Patricia M. Mayer, USBJ