IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| OVERLORD REAL ESTATE HOLDINGS, LLC a/k/a SAMUEL DELACRUZ | : | BANKRUPTCY NO. 23-11282(PMM) |
| | : | |
| Debtor | : | |

## ORDER

**AND NOW**, upon consideration of the First Interim Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period June 6, 2023 through May 3, 2024 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed the sum of $6,480.00 as reasonable compensation for the services rendered and $303.98 for reimbursement of expenses for a total of $6,783.98.

3. The Trustee is authorized to pay the Applicant the compensation and expenses awarded herein.

BY THE COURT:

Dated: 5/24/24

*Patricia M. Mayer*
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE