United States Bankruptcy Court

Eastern District of Pennsylvania

In re:        Case No. 23-11282-pmm

Overlord Real Estate Holdings. LLC        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: May 24, 2024      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Overlord Real Estate Holdings. LLC, 905 N. 9th Street, Reading, PA 19604-2309 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| cr | + | Gary L Mengel, Jr., c/o Nicole Plank, 4 Park Plaza, 2nd Floor, Wyomissing, PA 19610-1398 |
| cr | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Blvd., Wyomissing, PA 19610 |
| r | + | Robert M. Kearney, RE/MAX Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of VFS Aegis Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 5 |

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com;jrachor@barley.com

LARRY W. MILLER, JR.
    on behalf of Debtor Overlord Real Estate Holdings. LLC lmiller@millerlawgroup.net  sjameson@millerlawgroup.net

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust mfarrington@kmllawgroup.com

NICOLE PLANK
    on behalf of Creditor Gary L Mengel  Jr. jmerkel@georgeadissetley.com

ROBERT W. SEITZER
    on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Trustee BONNIE B. FINKEL rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN _____
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| OVERLORD REAL ESTATE HOLDINGS, LLC a/k/a SAMUEL DELACRUZ | : | BANKRUPTCY NO. 23-11282(PMM) |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the First Interim Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period June 6, 2023 through May 3, 2024 (the "Application"), it is hereby ORDERED that:

1. The Application is APPROVED.

2. The Applicant is allowed the sum of $6,480.00 as reasonable compensation for the services rendered and $303.98 for reimbursement of expenses for a total of $6,783.98.

3. The Trustee is authorized to pay the Applicant the compensation and expenses awarded herein.

BY THE COURT:

Dated: 5/24/24

*Patricia M. Mayer*
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE