IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                :         CHAPTER 7

OVERLORD REAL ESTATE HOLDINGS,LLC

        DEBTORS         :         BANKRUPTCY NO. 23-11282 PMM

## TRUSTEE REPORT OF SALE

The Chapter 7 Trustee, Bonnie Finkel, hereby makes this Report of Sale in accordance with Fed. Rule of Bankruptcy Procedure No. 6004, as follows:

On July 11, 2023, the Bankruptcy Court approved the Motion to Sell Property located at 916 N. 9th Street, Reading, PA, Free and Clear of Liens, to William Kant Smith for $326,000.00. The property was sold on July 18, 2023 and the Trustee received a net check for $33,959.20 from the sale of the property on behalf of the bankruptcy estate.

        Respectfully Submitted,
        */s/ Bonnie B. Finkel*
        Bonnie B. Finkel, Esq.
        Bankruptcy Trustee
        P.O. Box 1710
        Cherry Hill, NJ  08034-0091

Dated: July 9, 2024