United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11282-pmm |
| Overlord Real Estate Holdings. LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Overlord Real Estate Holdings. LLC, 905 N. 9th Street, Reading, PA 19604-2309 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| cr | + | Gary L Mengel, Jr., c/o Nicole Plank, 4 Park Plaza, 2nd Floor, Wyomissing, PA 19610-1398 |
| cr | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Blvd., Wyomissing, PA 19610 |
| r | + | Robert M. Kearney, RE/MAX Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | |
|---|---|
| Date: Aug 21, 2024 | Signature: /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of VFS Aegis Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 5 |

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust bkgroup@kmllawgroup.com

EDEN R. BUCHER
    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com;jrachor@barley.com

LARRY W. MILLER, JR.
    on behalf of Debtor Overlord Real Estate Holdings. LLC lmiller@millerlawgroup.net  cambrose@millerlawgroup.net

NICOLE PLANK
    on behalf of Creditor Gary L Mengel  Jr. jmerkel@georgeadissetley.com

ROBERT W. SEITZER
    on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Trustee BONNIE B. FINKEL rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Overlord Real Estate Holdings, LLC a/k/a Samuel Delacruz<br>Debtor(s) | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust<br>Movant<br>vs. | NO. 23-11282 PMM<br><br>11 U.S.C. Section 362 |
| Overlord Real Estate Holdings, LLC a/k/a Samuel Delacruz<br>Debtor(s) | |
| Bonnie B. Finkel<br>Trustee | |

## **ORDER**

AND NOW, this 19th day of August, 2024 upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 841 North 8Th Street And 845 North 8Th Street, Reading, PA 19604 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge.