**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **OVERLORD REAL ESTATE** | : | **BANKRUPTCY NO. 23-11282(PMM)** |
| **HOLDINGS, LLC** | : | |
| **a/k/a SAMUEL DELACRUZ** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF ANNUAL RATE INCREASE OF KARALIS PC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

**PLEASE TAKE NOTICE** that, Karalis PC, counsel to the Chapter 7 Trustee in the above-

captioned case, hereby provides notice of the following revised hourly rates effective as of January

1, 2025.

| Title | Hourly Rate Range |
|---|---|
| Partner | $525.00 to $675.00 |
| Of Counsel | $575.00 |
| Associate | $300.00 to $325.00 |
| Paralegal | $180.00 |

**KARALIS PC**


By:    /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Counsel to the Chapter 7 Trustee*

Dated: January 7, 2025