IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    Chapter 7
                                                :
OVERLORD REAL ESTATE HOLDINGS, LLC:                  Bankruptcy No. 23-11282

### Withdrawal Of Appearance

To the Clerk of the United States Bankruptcy Court:

Please withdraw my appearance for Overlord Real Esatte Holdings, LLC, a/k/a Samuel Delacruz in the above captioned matter:

Larry W. Miller, Jr., Esquire
MILLER LAW GROUP, PLLC
25 Stevens Avenue
West Lawn, PA 19609

_____
Larry W. Miller, Jr., Esquire

### Entry Of Appearance

To the Clerk of the United States Bankruptcy Court:

Please enter my appearance for Overlord Real Estate Holdigs, LLC, a/k/a Samuel Delacruz in the above captioned matter:

Robert H. Holber, Esquire
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, PA 19063

_____
Robert H. Holber, Esquire