IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| **OVERLORD REAL ESTATE HOLDINGS, LLC** a/k/a **SAMUEL DELACRUZ** | BANKRUPTCY NO. 23-11282(PMM) |
| **Debtor** | |

### NOTICE OF ANNUAL RATE INCREASE OF KARALIS PC
### AS COUNSEL TO THE CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that, Karalis PC, counsel to the Chapter 7 Trustee in the above-captioned case, hereby provides notice of the following revised hourly rates effective as of January 1, 2026.

| Title | Hourly Rate Range |
|---|---|
| Partner | $575.00 to $735.00 |
| Of Counsel | $625.00 |
| Associate | $300.00 to $350.00 |
| Paralegal | $195.00 |

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Counsel to the Chapter 7 Trustee*

Dated: January 6, 2026