United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11282-pmm

Overlord Real Estate Holdings. LLC                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Overlord Real Estate Holdings. LLC, 905 N. 9th Street, Reading, PA 19604-2309 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| cr | + | Gary L Mengel, Jr., c/o Nicole Plank, 4 Park Plaza, 2nd Floor, Wyomissing, PA 19610-1398 |
| cr | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront Federal Credit Union, 2609 Keiser Blvd., Wyomissing, PA 19610 |
| r | + | Robert M. Kearney, RE/MAX Reading, 1290 Broadcasting Road, Wyomissing, PA 19610-3203 |
| acc | + | Stephen Scherf, Asterion, Inc., 1617 JFK Blvd., Suite 1040, Philadelphia, PA 19103-1810 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of VFS Aegis Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BONNIE B. FINKEL | finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |

District/off: 0313-4                                       User: admin                                              Page 2 of 2
Date Rcvd: May 28, 2026                              Form ID: pdf900                                    Total Noticed: 6

EDEN R. BUCHER
                    on behalf of Creditor Riverfront Federal Credit Union ebucher@barley.com  cbrelje@barley.com;dkline@barley.com

MATTHEW K. FISSEL
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA
                    2022-INV3 Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

NICOLE PLANK
                    on behalf of Creditor Gary L Mengel  Jr. jmerkel@georgeadissetley.com

ROBERT H. HOLBER
                    on behalf of Debtor Overlord Real Estate Holdings. LLC rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROBERT W. SEITZER
                    on behalf of Trustee BONNIE B. FINKEL rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
                    on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
|  | : |  |
| **OVERLORD REAL ESTATE** | : | **BANKRUPTCY NO. 23-11282(PMM)** |
| **HOLDINGS, LLC** | : |  |
| **a/k/a SAMUEL DELACRUZ** | : |  |
|  | : |  |
| **Debtor** | : |  |
|  | : |  |

## ORDER

AND NOW, upon consideration of the Application of Bonnie B. Finkel, Chapter 7 Trustee (the "Trustee"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that Asterion has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby ORDERED that:

1. The Trustee is authorized to employ Asterion as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth.

2. Asterion shall be entitled to be compensated for its services at the rates set forth in the Application and exhibit, as well as reimbursement of out of pocket expenses.

3. Asterion's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19 F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

*Patricia M. Mayer*

Dated: 5/28/26

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE